68,210-03 1-7-15

COURT OF CRIMINAL APPEALS

JUDGE CHARLES R. HOLCOMB     re: WR-68,210-02

YOUR HONOR,
   I DIDN'T CAUSE THE ACTS I WAS CONVICTED
OF CAUSING. PLEASE SEE THE AFFIDAVITS IN MY
FILE. PLEASE ALSO NOTE THE NUMEROUS
CONSTITUTIONAL ERRORS IN MY TRIAL, AND
REVERSE THE CONVICTION.

                    THANK YOU,
                    BRUCE WILSON
                    1187135 NEAL UNIT
                    9055 SPUR 591
                    AMARILLO, TX. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 12 2015
Abel Acosta, Clerk

1-7-15

COURT OF CRIMINAL APPEALS
JUDGE CATHY COCHRAN          re: WR-68,210-02
YOUR HONOR,
    I DIDN'T CAUSE THE ACTS I WAS CONVICTED OF
CAUSING. PLEASE SEE THE AFFIDAVITS IN MY FILE,
PLEASE ALSO NOTE THE NUMEROUS CONSTITUTIONAL
ERRORS IN MY TRIAL, AND REVERSE THE CONVICTION.

                    THANKYOU,
                    BRUCE WILSON
                    1187135 NEAL UNIT
                    9055 SPUR 591
                    AMARILLO, TX. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 12 2015
Abel Acosta, Clerk